SAUNDRA K. ELLIS v. HARVEY ELLIS.

September 7, 1983.

Petition for certification denied.

BOROUGH OF FORT LEE v. INVESCO HOLDING
CORPORATION.

September 7, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. LOUIS P. FERRETTI.

September 7, 1983.

Petition for certification denied.   (See 189 *N.J.Super.* 578)

STATE OF NEW JERSEY v. KENNETH BRANCH.

September 7, 1983.

Petition for certification denied.